ARMED SERVICES BOARD OF CONTRACT APPEALS

| Appeals of - | ) | |
|---|---|---|
| | ) | |
| PHPK Technologies | ) | ASBCA Nos. 62622, 62829 |
| | ) | |
| Under Contract No. F04701-02-C-0009 | ) | |

APPEARANCE FOR THE APPELLANT:    Victor A. Walton, Jr., Esq.
   Vorys, Sater, Seymour and Pease LLP
   Cincinnati, OH

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
   Navy Chief Trial Attorney
  Dennis J. Gearin, Esq.
   Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  June 7, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62622, 62829, Appeals of PHPK Technologies, rendered in conformance with the Board's Charter.

Dated:  9 June 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals